## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0312. Woda Ivy Glen Ltd. Partnership v. Fayette Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–749.